UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ROBERT DOUGLAS LYLE,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:15-cv-01065 ) JUDGE CRENSHAW |
| **MONTGOMERY COUNTY JAIL,** *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court are two Reports and Recommendations of the Magistrate Judge, to which no timely objections have been filed. (Doc. Nos. 34-35.) The Court has reviewed the Reports and Recommendations and conducted a de novo review of the record. The Reports and Recommendations are **ADOPTED**.

Accordingly, Montgomery County's Motion for Summary Judgment (Doc. No. 29) is **GRANTED**. Jessica Ison's Motion for Summary Judgment (Doc. No. 26) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. Lyle's Emergency Request to be Moved to T.D.O.C. (Doc. No. 22) is **DENIED AS MOOT**.

The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

The Court **CERTIFIES** that an appeal taken in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE